No. 93–174. STEWART v. RUNYON, POSTMASTER GENERAL. C. A. 6th Cir. Certiorari denied.

No. 93–175. MOTHERSHED v. GREGG ET AL. C. A. 10th Cir. Certiorari denied.

No. 93–177. CARLEY v. WHEELED COACH. C. A. 3d Cir. Certiorari denied.

No. 93–178. JOSEPH v. DISTRICT OF COLUMBIA ET AL. C. A. D. C. Cir. Certiorari denied.

No. 93–181. SHORTY, INC. v. Q. G. PRODUCTS ET AL. C. A. Fed. Cir. Certiorari denied.

No. 93–182. HOLABIRD SPORTS DISCOUNTERS v. TENNIS TUTOR, INC. C. A. 4th Cir. Certiorari denied.

No. 93–184. JERNIGAN ET UX. v. ASHLAND OIL, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 93–185. TUCKER v. CITY OF HARTFORD. Sup. Ct. Conn. Certiorari denied.

No. 93–186. KEMP v. UNITED STATES; and
No. 93–5444. PRESSLEY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–188. WADE ET UX. v. HOPPER ET AL. C. A. 7th Cir. Certiorari denied.

No. 93–189. FETZNER v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 93–191. EF OPERATING CORP., T/A WEST MOTOR FREIGHT OF PENNSYLVANIA v. S. S. FISHER STEEL CORP. ET AL. C. A. 3d Cir. Certiorari denied.

No. 93–192. LANN ET AL. v. WESTERFIELD ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.